■ In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Respondent may serve answer or objections in point of law on or before November 30, 1961. Present — Bergan, P. J., Gibson, Herlihy and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CAMERON FAY PAGE, Defendant.— Present — Bergan, P. J., Gibson, Herlihy and Taylor, JJ.